FORD

los angeles

# USAGE FEE CONFIRMATION

**CLIENT:** FOSTER GRANT

**PRODUCT** FOSTER GRANT EYEWEAR

**MODEL(S):** ROBERT GOOLD

**BOOKING DATES:** N/A

**RATE:** $ 4500.00 + 20% AGENCY FEE (900) = 5400 .

**USAGE:** 1 YR HANG TAGS AND HEADER CARDS . START DATE OF USAGE 1/1/03 TO 12/30/03.

**OVERTIME RATE** N/A

**TERRITORY:** US

**TRAVEL:** N/A

**TRAVEL EXPENSE:** N/A

**OTHER/MISC:** N/A

**BILLING:** FOSTER GRANT-

**ANY ADDITIONAL USAGE MUST BE NEGOTIATED SEPARATELY**

**A STANDARD 20% SERVICE CHARGE WILL BE ADDED TO ALL RATES.**
**CANCELLATION TERMS:** If the booking is cancelled within 5 working days of the job date, ½ of the fee is required as payment. If the booking is cancelled within 3 working days of the job date, then the full fee is required as payment.
**WEATHER PERMITS:** Same day; ½ fee if cancelled before model arrives on location, full fee if cancelled after model arrives. ½ fee if cancelled 48 hours prior to shoot day.

Thomas M Hunt 6/12/03

Client Signature Date Ford Models, Inc. Date

ford models
8826 burton way · beverly hills ca 90211 · telephone (310) 276-8100 · facsimile (310) 276-9299