UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AAi.FOSTERGRANT, INC.

Plaintiff,

v. C.A. No. 05-350S

ROBERT GOOLD,

Defendant.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: ______________
Deputy Clerk

ENTER:

______________
William E. Smith
U.S. District Judge

Date: 8/17/05