UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

AAi.FOSTERGRANT, INC. :
:
v. : C.A. No. 05-350S
:
ROBERT GOOLD :

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 22, 2005

BY ORDER:

Deputy Clerk