UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 1 2005
Property of U.S. District Court
District of Rhode Island

AAi.FOSTERGRANT, INC.,

Plaintiff,

v. C.A. No. 05-350

ROBERT GOOLD,

Defendant.

## DISMISSAL STIPULATION

Plaintiff AAi.FosterGrant, by and through the undersigned counsel, hereby stipulates that the within action against Defendant Robert Goold may be dismissed without prejudice.

AAi.FOSTERGRANT, INC.

By its Attorneys,

Patricia A. Sullivan (#2120)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter:
Mary M. Lisi USDJ 11/7/05